ASTOR-HONOR, INC., Appellant, v. GROSSET & DUNLAP, INC., Respondent.— Judgment, Supreme Court, New York County, entered on or about September 29, 1970, so far as appealed from, unanimously affirmed on opinion of Trial Term, and that the respondent recover of the appellant $50 costs and disbursements of this appeal. No opinion. Concur — Stevens, P. J., Markewich, Murphy, Tilzer and Capozzoli, JJ.